IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TELLIGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:18-cv-00261 <br><br><br><br> **NOTICE OF SETTLEMENT** |

**COME NOW** the parties in the above-captioned matter, Telligen, Inc. and Atlantic Specialty Insurance Company, to hereby notify the Court they have reached a settlement and further advise the Court as follows:

1. The parties advise the Court that they have reached a settlement.

2. The parties are working out the final terms of a Settlement and Release Agreement. The terms have been approved by the undersigned counsel, but ASIC requires a final consent from a representative who has been out of the office this week.

3. The parties are also working out the timing of the settlement payment.

4. The parties anticipate the settlement will be concluded and a stipulation of dismissal will be filed no later than July 24, 2020.

**WHEREFORE,** the parties request that the Court direct the parties to conclude this settlement and, pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41(b) file a stipulation of dismissal by July 24, 2020.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:   /s/ Sean M. O'Brien
      Sean M. O'Brien  AT0005874
      801 Grand Avenue, Suite 3700
      Des Moines, IA 50309-8004
      Phone: (515) 246-5894
      Fax: (515) 246-5808
      E-Mail: obrien.sean@bradshawlaw.com

ATTORNEYS FOR DEFENDANT

NYEMASTER GOODE, P.C.

By:   /s/ John F. Lorentzen
      John F. Lorentzen  AT0004867
      Matthew A. McGuire  AT0011932
      700 Walnut, Suite 1600
      Des Moines, IA 50309-3899
      Phone: (515) 283-3100
      Fax: (515) 283-3108
      E-Mail: jfl@nyemaster.com
      E-Mail: mmcguire@nyemaster.com

ATTORNEYS FOR PLAINTIFF

Copy to:

John F. Lorentzen
Matthew A. McGuire
Nyemaster Goode, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309-3899

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on July 10, 2020 by:

☐ U.S. Mail     ☐ E-Mail
☒ CM/ECF     ☐ Efile
☐ Federal Express     ☐ Other_____

  /s/ Donna Henkels