IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TELLIGEN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:18-cv-00261<br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The above-captioned parties, through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41(b), hereby stipulate to the dismissal of Plaintiff's claims against the Defendant with prejudice.  The parties shall be responsible for their own costs.

NYEMASTER GOODE, P.C.


By:   /s/ John F. Lorentzen
       John F. Lorentzen  AT0004867
       Matthew A. McGuire  AT0011932
       700 Walnut, Suite 1600
       Des Moines, IA  50309-3899
       Phone:  (515) 283-3100
       Fax:  (515) 283-3108
       E-Mail:  jfl@nyemaster.com
       E-Mail:  mmcguire@nyemaster.com

ATTORNEYS FOR PLAINTIFF

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:    /s/ Sean M. O'Brien
      Sean M. O'Brien  AT0005874
      801 Grand Avenue, Suite 3700
      Des Moines, IA 50309-8004
      Phone: (515) 246-5894
      Fax: (515) 246-5808
      E-Mail: obrien.sean@bradshawlaw.com

      Lisa S. Brogan, admitted *pro hac vice*
      Baker & McKenzie LLP
      300 E. Randolph Drive, Suite 5000
      Chicago, IL 60601
      Telephone: (312) 861-8000
      Fax: (312) 861-2899
      E-Mail: lisa.brogan@bakermckenzie.com

ATTORNEYS FOR DEFENDANT

Copy to:

John F. Lorentzen
Matthew A. McGuire
Nyemaster Goode, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309-3899

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on July 17, 2020 by:

☐ U.S. Mail     ☐ E-Mail
☒ CM/ECF     ☐ Efile
☐ Federal Express     ☐ Other_____

   /s/ Donna Henkels